**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1720**

PEGGY GORDON,

        Plaintiff - Appellant,

    v.

HOLY CROSS HOSPITAL GERMANTOWN, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:18-cv-01306-TDC)

Submitted: October 17, 2019                   Decided: October 21, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Peggy Gordon, Appellant Pro Se. Robert R. Niccolini, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Gordon appeals the district court's order granting Holy Cross Hospital Germantown, Inc., summary judgment on Gordon's race discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2019); 42 U.S.C. § 1981 (2012); and the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't §§ 20-606 to 20-609 (West 2014). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Gordon v. Holy Cross Hosp. Germantown, Inc.*, No. 8:18-cv-01306-TDC (D. Md. May 29, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2